IVAN A. LAING, as Administrator of the Estate of MURIEL LAING, Deceased, Respondent, *v.* J. P. DUFFY Co., INC., Appellant.

(Argued March 25, 1929; decided April 16, 1929.)

*George F. Hickey* and *William E. Lowther* for appellant. *Abraham M. Fisch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.